UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    vs.    **PLAINTIFF**

                                  **Case No.  24-CR-21**

**BENJAMIN M. SHULER**        **JUDGE ANA C. REYES**

    **DEFENDANT**

## DEFENDANT'S STATUS REPORT REGARING FILING OF MOTIONS PRIOR TO TRIAL

Now comes Defendant, Benjamin Shuler, by and through counsel, W. Joseph Edwards, hereby gives notice that the defense will not file any dispositive motions and likewise no motions which would require an evidentiary hearing prior to the bench trial in this case, which is currently set for October 15, 2024.

If this position changes, Counsel for Defendant will immediately notify the Court and Counsel for the Government.

                                            Respectfully submitted,

                                            /s/ W. Joseph Edwards
                                            W. Joseph Edwards (0030048)
                                            511 South High Street
                                            Columbus, Ohio 43215
                                            Telephone: (614) 309-0243
                                            E-mail: jedwardslaw@live.com
                                            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served via the Court's CM/ECF system on this 17th day of July 2024 upon all case registered parties.

/s/ W. Joseph Edwards
W. Joseph Edwards (0030048)
*Attorney for Defendant*