UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   vs.    PLAINTIFF,

                                     Case No.  1:24-CR-21

**BENJAMIN M. SHULER**                **JUDGE ANA C. REYES**

        **DEFENDANT.**

## MOTION TO WITHDRAW AS COUNSEL

Now comes **W. Joseph Edwards,** Attorney for Defendant, and hereby moves this Honorable Court for an Order permitting him to withdraw as counsel in the above-captioned case. In addition, undersigned Counsel requests that Counsel be appointed to represent the Defendant in this case.

A memorandum in support is set forth below.

                                                 Respectfully submitted,

                                                 /s/ W. Joseph Edwards
                                                 W. Joseph Edwards     (0030048)
                                                 511 South High Street
                                                 Columbus, OH 43215
                                                 Telephone:  614-309-0243
                                                 E-mail:  JEdwardsLaw@live.com
                                                 *Attorney for Defendant*

## **MEMORANDUM IN SUPPORT**

On January 10, 2024, a federal grand jury indicted the defendant for crimes related to his conduct at the United States Capitol Building on January 6, 2021. See Indictment, Doc. 10. Specifically, the grand jury charged the defendant with violating 18 U.S.C. §§ 231(a)(3) (Civil Disorder); 111(a)(1) (Assaulting, Resisting, Impeding Certain Officers); 1752(a)(1), (a)(2), (a)(4) (Entering and Remaining in a Restricted Building or Grounds, Disorderly Conduct in a Restricted Building or Grounds, and Physical Violence in a Restricted Building or Grounds); and 40 U.S.C. §§ 5104(e)(2)(D) and (e)(2)(F) (Disorderly or Disruptive Conduct on Capitol Grounds), and Act of Physical Violence on Capitol Grounds and Physical Violence on Capitol Grounds). See id.

On February 1, 2024, this Court arraigned the defendant on the grand jury's charges. See 2/2/24 Minute Entry. The defendant pled not guilty to all charges. In addition, the parties agreed to set a further status conference in early April and further agreed to toll the Speedy Trial Act clock in the intervening period. See id.

Counsel for Defendant was retained in August 2023 and filed an official Notice of Appearance with this Court on January 31, 2024, after he was admitted Pro Hac Vice.

Counsel has been recently informed that the Defendant, Benjamin Shuler, is now indigent and is not in a position to proceed to trial with retained counsel.

At the same time, Defendant desires to have counsel appointed to represent him and that said counsel be an attorney other than his currently retained counsel.

Based on the above, Counsel, W. Joseph Edwards, hereby moves this Court to issue an Order allowing him to withdraw from this case and to appoint new counsel for Defendant.

Respectfully submitted,

/s/ W. Joseph Edwards
W. Joseph Edwards   (0030048)
511 South High Street
Columbus, OH 43215
Telephone:  614-309-0243
E-mail:  JEdwardsLaw@live.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served via the Court's CM/ECF system on this 22nd day of August 2024 upon all case registered parties and to the following via regular US mail:

Benajmin Shuler
SCI
5900 BIS Rd. SW
Lancaster, Ohio 43130

/s/ W. Joseph Edwards
W. Joseph Edwards (0030048)
*Attorney for Defendant*